UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TINA J. DUSOLD,

        Plaintiff,

v.                                                                     Case No. 5:16-cv-328-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Tina J. Dusold's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a report and recommendation.

On March 29, 2017, Judge Lammens issued a Report and Recommendation recommending that the Commissioner's decision be affirmed (Doc. 21). Having reviewed the Report and Recommendation (Doc. 21) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 17 day of April, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record